Italo American National Union, etc., Plaintiff and
 Counter-defendant, Appellee, v. Mead Cycle Com-
 pany, etc., et al., Defendants. Mead Cycle Com-
 pany, and Joseph I. Bulger, as Trustee under Trust
 Deeds recorded as Documents Nos. 15371672 and
 15403595, Defendants and Counter-defendants, Ap-
 pellees.
On Appeal of Motiograph, Inc., Defendant and Coun-
 ter-plaintiff, Appellant.

Gen. No. 46,892. 

First District, First Division.
January 7, 1957.
Released for publication February 11, 1957.

 Stan-
ley Werdell, for appellant; Francis A. Fanelli and G. J. Devanna,
for Italo-American National Union, an Illinois Fraternal Corpora-
tion, and Joseph I. Bulger, trustee pro se. Opinion by PRESIDING
JUSTICE NIEMEYER. Not to be published in full.